UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

BROADWALL MANAGEMENT CORPORATION
and WOODCREST VILLAGE PARK
ASSOCIATES,

     16 Civ. 00871 (AJN) (AJP)

    Plaintiffs,

  -against-

       **APPEARANCE**

FEDERAL INSURANCE COMPANY and THOSE
CERTAIN UNDERWRITERS OF LLOYD'S
SUBSCRIBING TO CERTIFICATES NUMBER
B0621F42985012 and B0621F42986012,

    Defendants.

---------------------------------------------------------------- X

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Federal Insurance Company and Those Certain Underwriters Of Lloyd's Subscribing To Certificates Number B0621F42985012 and B0621F42986012. I certify that I am admitted to practice in this Court.

Dated: New York, New York
   March 24, 2016

        MOUND COTTON WOLLAN & GREENGRASS LLP

        By: _____
        Bruce R. Kaliner
        One New York Plaza
        New York, NY  10004
        (212) 804-4200
        Fax: (212) 344-8066
        E-Mail: bkaliner@moundcotton.com
        Defendants Federal Insurance Company and
        Those Certain Underwriters Of Lloyd's
        Subscribing To Certificates Number
        B0621F42985012 and B0621F42986012

## Certificate of Service

I hereby certify that on this 24th day of March 2016 I caused a copy of the Notice of Appearance of Bruce R. Kaliner to be served on counsel for Plaintiffs via the Court's electronic filing system.

Dated: New York, New York
March 24, 2016

*/s/ Bruce R. Kaliner*
Bruce R. Kaliner (BRK-6849)